[No. 46780-8-I. Division One. September 11, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES E. DAVIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, 99-1-06241-4, Carol A. Schapira, J., entered February 1, 2000. *Remanded* by unpublished per curiam opinion.

[Nos. 46674-7-I; 46973-8-I. Division One. September 11, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DELIA CANTU, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 97-1-03716-2, James Bryan Street, J., entered May 3, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46671-2-I. Division One. September 11, 2000.]

*In the Matter of the Sentence of* ANTHONY L. ATHERTON.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Remanded* by unpublished per curiam opinion.

[No. 46594-5-I. Division One. September 11, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. BRANDON J. BIRINDELLI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, 99-1-08761-1, Terence P. Lukens, J., entered February 11, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46481-7-I. Division One. September 11, 2000.]

*In the Matter of the Personal Restraint of* DONALD R. HOLMAN, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.